DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
CHRISTOPHER D. HAVENER (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:    215.963.5000
Fax:    215.963.5001
Email: mpuma@morganlewis.com
         chavener@morganlewis.com

*Counsel for Defendant The Hershey Company*

THE BRANDI LAW FIRM
THOMAS J. BRANDI, SBN 53208
BRIAN J. MALLOY, SBN 234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone:  415.989.1800;
Facsimile: 415.707.2024
E-mail: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA (CO Bar No. 18789)
(admitted *pro hac vice*)

34523 Upper Bear Creek Road
Evergreen, Colorado 80439
Telephone:  303.674.7000
Facsimile: 303.382.4685
E-mail: David @Feolalaw.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DURAN, JOHN BELL, JASON MEARS, VICTOR DESIMONE, CHRISTINA LEE and SARAH CATALDO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 3:14-CV-01184 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**<br><br>Hon. Richard Seeborg |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND MEDIATION DEADLINE
CASE NO.: 3:14-CV-01184 RS

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Joseph Duran, John Bell, Jason Mears, Victor DeSimone, Christina Lee, and Sarah Cataldo ("Plaintiffs") and Defendant The Hershey Company ("Defendant") (collectively, "Parties"), through their respective counsel of record, and subject to the approval of the Court, hereby stipulate as follows:

1. WHEREAS, on June 26, 2014, the Court ordered the Parties to engage in private mediation by October 24, 2014 (Dkt. No. 23);

2. WHEREAS, the Parties are currently engaged in discovery and are working toward negotiating an ESI agreement and scheduling depositions;

3. WHEREAS, the Parties believe that the mediation will be more productive if it is held after they have conducted ESI discovery and some depositions;

4. WHEREAS, the Parties have not previously requested an extension of the mediation deadline;

5. WHEREAS, the Parties do not believe that an extension of the mediation deadline will affect the Court's schedule for this case;

THEREFORE, the Parties hereby agree and stipulate that the deadline to engage in private mediation be extended to January 30, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 16, 2014.        MORGAN, LEWIS & BOCKIUS LLP
                                DARYL S. LANDY
                                MICHAEL J. PUMA
                                CHRISTOPHER D. HAVENER

                                By:   /s/Michael J. Puma
                                      Michael J. Puma

                                Attorneys for Defendant
                                THE HERSHEY COMPANY

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND MEDIATION DEADLINE
CASE NO.: 3:14-CV-01184 RS

DATED: October 16, 2014.    BRANDI LAW FIRM
                            THOMAS J. BRANDI
                            BRIAN J. MALLOY


                            HOBAN & FEOLA, LLC
                            DAVID C. FEOLA


                            By:   /s/ David C. Feola
                                  David C. Feola

                            Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 10/16/14            _____
                            Hon. Richard Seeborg
                            United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO
EXTEND MEDIATION DEADLINE
CASE NO.: 3:14-CV-01184 RS

3

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Michael J. Puma, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of October, 2014, at Philadelphia, Pennsylvania.

/s/ Michael J Puma
Michael J. Puma

4

STIPULATION AND [PROPOSED] ORDER TO
EXTEND MEDIATION DEADLINE
CASE NO.: 3:14-CV-01184 RS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO