DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
CHRISTOPHER D. HAVENER (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:   215.963.5000
Fax:   215.963.5001
Email: mpuma@morganlewis.com
       chavener@morganlewis.com

*Counsel for Defendant The Hershey Company*

THE BRANDI LAW FIRM
THOMAS J. BRANDI, SBN 53208
BRIAN J. MALLOY, SBN 234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: 415.989.1800;
Facsimile: 415.707.2024
E-mail: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA (CO Bar No. 18789)
(admitted *pro hac vice*)

34523 Upper Bear Creek Road
Evergreen, Colorado 80439
Telephone: 303.674.7000
Facsimile: 303.382.4685
E-mail: David @Feolalaw.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DURAN, JOHN BELL, JASON MEARS, VICTOR DESIMONE, CHRISTINA LEE and SARAH CATALDO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 3:14-CV-01184 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CERTAIN DEADLINES**<br><br>Hon. Richard Seeborg |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES
CASE NO.: 3:14-CV-01184 RS

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Joseph Duran, John Bell, Jason Mears, Victor DeSimone, Christina Lee, and Sarah Cataldo ("Plaintiffs") and Defendant The Hershey Company ("Defendant") (collectively, "Parties"), through their respective counsel of record, and subject to the approval of the Court, hereby stipulate as follows:

1. WHEREAS, on June 26, 2014, the Court issued a Case Management Order setting certain deadlines (Dkt. No. 23);

2. WHEREAS, the Parties are currently engaged in discovery, have scheduled certain depositions, and are working toward negotiating an ESI agreement;

3. WHEREAS, the parties have agreed to the extension of certain deadlines as follows:

| Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Expert Disclosures | January 22, 2015 | March 17, 2015 |
| Mediation Deadline | January 30, 2014 | April 30, 2015 |
| Supplemental and Rebuttal Expert Designations | February 12, 2015 | April 7, 2015 |
| Close of Fact and Expert Discovery | March 5, 2015 | May 5, 2015 |
| Case Management Conference | March 12, 2015 | May 14, 2015 |
| Deadline for Dispositive Motions to Be Heard | March 19, 2015 | May 28, 2015 |
| Motions in Limine | May 11, 2015 | June 11, 2015 |
| Oppositions to Motions in Limine | May 18, 2015 | June 18, 2015 |
| Final Pretrial Conference | May 21, 2015 | June 25, 2015 |

4. WHEREAS, the Parties have previously requested an extension of the mediation deadline, but have not requested extensions of the other deadlines;

5. WHEREAS, the Parties do not believe that an extension of these deadline will affect the Court's schedule for this case, including the trial date (July 13, 2015).

THEREFORE, the Parties hereby agree and stipulate to the proposed deadlines included above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 30, 2014.        MORGAN, LEWIS & BOCKIUS LLP
                                 DARYL S. LANDY
                                 MICHAEL J. PUMA
                                 CHRISTOPHER D. HAVENER


                                 By:   /s/Michael J. Puma
                                       Michael J. Puma

                                 Attorneys for Defendant
                                 THE HERSHEY COMPANY



DATED: December 30, 2014.        BRANDI LAW FIRM
                                 THOMAS J. BRANDI
                                 BRIAN J. MALLOY


                                 HOBAN & FEOLA, LLC
                                 DAVID C. FEOLA


                                 By:   /s/ David C. Feola
                                       David C. Feola

                                 Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 1/2/15                    _____
                                       Hon. Richard Seeborg
                                       United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES
CASE NO.: 3:14-CV-01184 RS