DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
ELEANOR R. FARRELL (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:    215.963.5000
Fax:    215.963.5001
Email: mpuma@morganlewis.com
          efarrell@morganlewis.com

*Counsel for Defendant The Hershey Company*

THE BRANDI LAW FIRM
THOMAS J. BRANDI, SBN 53208
BRIAN J. MALLOY, SBN 234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: 415.989.1800;
Facsimile: 415.707.2024
E-mail: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA (CO Bar No. 18789)
(admitted *pro hac vice*)

34523 Upper Bear Creek Road
Evergreen, Colorado 80439
Telephone: 303.674.7000
Facsimile: 303.382.4685
E-mail: David @Feolalaw.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DURAN, JOHN BELL, JASON MEARS, VICTOR DESIMONE, CHRISTINA LEE and SARAH CATALDO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 3:14-CV-01184 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES**<br><br>Hon. Richard Seeborg |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES
CASE NO.: 3:14-CV-01184 RS

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Bell, Jason Mears, Victor DeSimone, and Christina Lee ("Plaintiffs") and Defendant The Hershey Company ("Defendant") (collectively, "Parties"), through their respective counsel of record, and subject to the approval of the Court, hereby stipulate as follows:

1.     WHEREAS, on June 26, 2014, the Court issued a Case Management Order setting certain deadlines (Dkt. No. 23);

2.     WHEREAS, on October 16, 2014 and January 1, 2015, the Court issued Orders approving the Parties' stipulations to extend the mediation deadline and certain other deadlines in this matter (Dkt. Nos. 29 & 31);

3.     WHEREAS, the Parties are actively engaged in discovery.  The Parties have produced substantial documents, negotiated an ESI agreement, begun producing ESI pursuant to that agreement; Defendant has taken the depositions of all Plaintiffs; Defendant is in the process of responding to three additional sets of written discovery recently served by Plaintiffs that will require additional ESI searches; and the Parties are working together to schedule more than a dozen depositions of Defendant and its employees;

4.     WHEREAS, the Parties are currently scheduled to participate in a private mediation on April 9, 2015;

5.     WHEREAS, Plaintiffs have requested that the depositions of Defendant's witnesses be held after the Parties engage in mediation on April 9, 2015, in part due to an injury which has prevented one of Plaintiffs' counsel from traveling for purposes of the case;

6.     WHEREAS, the Parties seek an extension of the deadlines proposed below in order to facilitate the Parties' attempt to resolve this matter and conserve the resources of the Court and the Parties, as well as to provide adequate time to complete discovery in advance of summary judgment briefing and obtain a ruling on summary judgment in advance of trial and related pre-trial deadlines;

7.     WHEREAS, the Parties have not previously requested an extension of the trial date;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES
CASE NO.: 3:14-CV-01184 RS

1    THEREFORE, the Parties hereby agree and stipulate to the extension of certain deadlines

2    as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | March 17, 2015 | May 14, 2015 |
| Supplemental and Rebuttal Expert Disclosures | April 7, 2015 | June 4, 2015 |
| Close of Fact and Expert Discovery | May 5, 2015 | June 15, 2015 |
| Case Management Conference | May 14, 2015 | June 18, 2015 |
| Deadline for Dispositive Motions to Be Heard | May 28, 2015 | August 6, 2015 |
| Motions *in Limine* | June 11, 2015 | September 17, 2015 |
| Oppositions to Motions *in Limine* | June 18, 2015 | September 24, 2015 |
| Final Pretrial Conference | June 25, 2015 | October 8, 2015 |
| Trial to Commence | July 13, 2015 | November 9, 2015 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED:  March 20, 2015.        MORGAN, LEWIS & BOCKIUS LLP
                               DARYL S. LANDY
                               MICHAEL J. PUMA
                               ELEANOR R. FARRELL


                               By:___/s/Michael J. Puma_____
                                    Michael J. Puma

                               Attorneys for Defendant
                               THE HERSHEY COMPANY


DATED:  March 20, 2015.        BRANDI LAW FIRM
                               THOMAS J. BRANDI
                               BRIAN J. MALLOY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

1      HOBAN & FEOLA, LLC
       DAVID C. FEOLA
2

3      By:    /s/ David C. Feola
              David C. Feola
4

5      Attorneys for Plaintiffs

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  DATED:  3/23/15

9                                        Hon. Richard Seeborg
                                         United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &amp;
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES
CASE NO.: 3:14-CV-01184 RS