DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:     415.442.1000
Fax:    415.442.1001
Email: dlandy@morganlewis.com

MICHAEL J. PUMA (admitted *pro hac vice*)
ELEANOR R. FARRELL (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:     215.963.5000
Fax:    215.963.5001
Email: mpuma@morganlewis.com
             efarrell@morganlewis.com

*Counsel for Defendant The Hershey Company*

THE BRANDI LAW FIRM
THOMAS J. BRANDI, SBN 53208
BRIAN J. MALLOY, SBN 234882
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: 415.989.1800;
Facsimile: 415.707.2024
E-mail: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA (CO Bar No. 18789)
(admitted *pro hac vice*)

34523 Upper Bear Creek Road
Evergreen, Colorado 80439
Telephone: 303.674.7000
Facsimile: 303.382.4685
E-mail: David @Feolalaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DURAN, JOHN BELL, JASON MEARS, VICTOR DESIMONE, CHRISTINA LEE and SARAH CATALDO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 3:14-CV-01184 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES**<br><br>Hon. Richard Seeborg |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES
CASE NO.: 3:14-CV-01184 RS

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Bell, Jason Mears, Victor DeSimone, and Christina Lee ("Plaintiffs") and Defendant The Hershey Company ("Defendant") (collectively, "Parties"), through their respective counsel of record, and subject to the approval of the Court, hereby stipulate as follows:

1. WHEREAS, on June 26, 2014, the Court issued a Case Management Order setting certain deadlines (Dkt. No. 23);

2. WHEREAS, on October 16, 2014 and January 1, 2015, the Court issued Orders approving the Parties' stipulations to extend the mediation deadline and certain other deadlines in this matter (Dkt. Nos. 29 & 31);

3. WHEREAS, the Parties are actively engaged in discovery. The Parties have produced substantial documents, negotiated an ESI agreement, produced ESI pursuant to that agreement, Defendant has taken the depositions of all Plaintiffs, and Plaintiffs have scheduled the depositions of Defendant's witnesses; two of which will need to be taken after the close of the June 15, 2015 fact discovery deadline, and including one on June 17, 2015 in San Francisco;

4. WHEREAS, Plaintiffs disclosed an economic damages expert report on May 14, 2015 and, for the convenience of the parties and to save on expenses, Plaintiffs experts' are available for deposition on June 16, 2015;

5. WHEREAS, Defendant has a conflict with the case management conference that was rescheduled for June 25, 2015 and the parties have agreed to move the case management conference deadline to August 6, 2015;

6. THEREFORE, the Parties hereby agree and stipulate to the extension of these four deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Supplemental and Rebuttal Expert Disclosures | June 4, 2015 | July 1, 2015 |
| Close of Expert Discovery | June 15, 2015 | July 15, 2015 |
| Deadline to take the depositions of Mark Parlin and Greg Welte | June 15, 2015 (close of fact discovery) | June 17, 2015 |

| Case Management Conference | June 25, 2015 | August 6, 2015 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 19, 2015.					MORGAN, LEWIS & BOCKIUS LLP
							DARYL S. LANDY
							MICHAEL J. PUMA
							ELEANOR R. FARRELL


							By:	/s/Michael J. Puma
								Michael J. Puma

							Attorneys for Defendant
							THE HERSHEY COMPANY


DATED: May 19, 2015.					BRANDI LAW FIRM
							THOMAS J. BRANDI
							BRIAN J. MALLOY

							HOBAN & FEOLA, LLC
							DAVID C. FEOLA


							By:	/s/ Brian J. Malloy
								Brian J. Malloy

							Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 5/19/15					_____
							Hon. Richard Seeborg
							United States District Court Judge