UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DURAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HERSHEY COMPANY,<br><br>    Defendant. | Case No. 14-cv-01184-RS<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CLAIMS WITH PREJUDICE** |

This Fair Labor Standards Act ("FLSA") retaliation case has settled, and the parties seek judicial approval of their agreement. *See Lynn's Food Stores Inc. v. Dep't of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). The "proper procedure for obtaining court approval of the settlement of FLSA claims is for the parties to present to the court a proposed settlement, upon which the district court may enter a stipulated judgment only after scrutinizing the settlement for fairness." *Lee v. The Timberland Co.*, C 07-2367-JF, 2008 WL 2492295, at *2 (N.D. Cal. June 19, 2008). Approval is warranted if "the settlement is a fair and reasonable resolution of a bona fide dispute." *Id.*

The settlement agreement in this case is fair and reasonable. As far as can be determined from the available materials, this matter involves a genuine and fact-intensive dispute. By settling, each side has chosen to avoid the risk and expense of trial. Moreover, the four remaining plaintiffs will each receive a substantial payment, relative to their claimed damages, in exchange for releasing their claims. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Approval of the settlement agreement, including the releases contained therein, the payments to plaintiffs and plaintiffs' counsel's attorney fees and costs, is **GRANTED**.

2. All parties are bound by the terms of the settlement agreement.

3. This action, *Duran, et al. v. The Hershey Company*, No. 3:14-cv-01184-RS, is

hereby **DISMISSED WITH PREJUDICE** and on the merits. The court reserves and retains exclusive and continuing jurisdiction over the above-captioned matter, the settlement agreement, and the parties for the purposes of supervising the implementation, effectuation, enforcement, construction, administration and interpretation of the settlement agreement.

**IT IS SO ORDERED**.

Dated: August 18, 2015

_____
RICHARD SEEBORG
United States District Judge